McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorneys
2500 Tulare Street
Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000

FILED

AUG - 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>HERMILO MOJICA,<br><br>   Defendant. | 1:06-cr-00263 OWW<br><br>REQUEST BY THE UNITED STATES TO UNSEAL INDICTMENT |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Indictment in the above-referenced matter.

DATED: August 3, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  *Kimberly A. Kelly*
KIMBERLY A. KELLY
Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: August 3, 2006

Hon. SANDRA M. SNYDER
U.S. Magistrate Judge

1