```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>HERMILO MOJICA,<br><br>          Defendant. | Case No. 1:06-cr-00263 OWW<br><br>STIPULATION TO CONTINUE DATE FOR STATUS CONFERENCE AND ORDER<br><br>DATE: January 29, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 3<br>Honorable Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the status conference presently scheduled before the Honorable Oliver W. Wanger for January 17, 2007 at 9:00 a.m. be continued to January 29, 2007, at 9:00 a.m.

   All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

   The parties agree that the resulting delay occurring between January 17, 2007 and the date for the status hearing, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(f).

1

```
 1        IT IS SO STIPULATED.

 2   Dated: January 11, 2007           McGREGOR W. SCOTT
                                       United States Attorney
 3
                                       By: /s/ Kathleen A. Servatius
 4                                         KATHLEEN A. SERVATIUS
                                           Assistant U.S. Attorney
 5                                         For KIMBERLY A. SANCHEZ

 6

 7

 8   Dated: January 11, 2007            /s/ Mario DiSalvo
                                       MARIO DiSALVO
 9                                     Attorney for Defendant
                                       HERMILO MOJICA
10
```

2

```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HERMILO MOJICA<br><br>        Defendant. | Case No. 1:06-cr-263 OWW<br><br>ORDER TO CONTINUE  HEARING FOR STATUS CONFERENCE<br><br>DATE: January 29, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 3<br>Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendants status conference presently set for January 17, 2007 at 9:00 a.m. is continued to January 29, 2007 at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:   January 17, 2007**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

3