```
                                          FILED
                                        SEP 24 2010
                                    CLERK, U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF CALIFORNIA
                                   BY _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-CR-263 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| HERMILO MOJICA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on September 24, 2010, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on September 24, 2010 to a representative of the Turning Point Residential Reentry Center, in Fresno, California, to commence a placement of up to 120 days. A certified Judgment and Commitment order to follow.

DATED: Sept 24, 2010

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1