IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-CR-00263 LJO |
| | ) | |
| Plaintiff, | ) | ORDER OF RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| HERMILO MOJICA, | ) | |
| | ) | |
| Defendant. | ) | |

The above named defendant was sentenced on May 21, 2012 to modified, continued supervised release.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   May 22, 2012**                    _____/s/ Lawrence J. O'Neill_____
                                                        UNITED STATES DISTRICT JUDGE

1